UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:                                          Case No.: 1–04–15185–MJK
                                                Chapter: 7
    JoAnne Gleason
                                                SSN:   xxx–xx–0895

              Debtor(s)

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC, Attorney in Fact for GE Capital Retail Bank
35308 SE Center St
Snoqualmie, WA 98065

    Enclosed is your application to request payment for unclaimed funds. It is being returned to you for the following reason(s):

- Form W–9 Request for Taxpayer Identification Number and Certification: Please submit a completed, original W–9 form and return to the Court. The form can be downloaded by visiting www.nywb.uscourts.gov>Court Info>Fees>Other Financial Information>Form W–9 Request for Tax Payers ID Number and Certification

    If you have any further questions, please call the Court at 716–362–3200.

Date: March 11, 2015                            Lisa Bertino Beaser
                                                Clerk of Court

Enclosures

Form dfyuncla/Doc 134
www.nywb.uscourts.gov